IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL GRIEGO, Personal Representative of
the Wrongful Death Estate of
ALEC J. JARAMILLO, Deceased,
ANDREW JARAMILLO and TERESA ROMO,

    Plaintiffs,

v.                                     No. 1:17-cv-00244-KBM-WPL

LABERTA M. DOUGLAS, as Personal
Representative of the Estate of Russell E.
Douglas, and STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

    Defendants.

## ORDER EXTENDING DEADLINES

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Extend Expert Witness Disclosures and Discovery Deadlines and the Court being fully advised in the premises, FINDS the motion is stipulated, well taken and should be granted.

THEREFORE, it is ORDERED, ADJUDGED, AND DECREED that Plaintiffs' deadline for expert disclosures is extended to July 31, 2017, Defendants' deadline for expert disclosures is extended to August 31, 2017, and the discovery deadline is extended to November 02, 2017. Dispositive motions are due November 9, 2017.

IT IS SO ORDERED.

_____
The Honorable William P. Lynch
United States Magistrate Judge

Submitted by:

WHITENER LAW FIRM, P.A.

*/s/ Richard W. Sutten*_____
By: Richard W. Sutten, Esq.
4110 Cutler Avenue, NE
Albuquerque, New Mexico 87110
(505) 242-3333 / Fax: (505) 242-3322
Richard@WhitenerLaw.com
*Attorneys for Plaintiff*


Electronically approved by:

MILLER STRATVERT, P.A.


  /s/*Todd A. Schwarz*_____
Todd A. Schwarz, Esq.
P.O. Box 25687
Albuquerque, New Mexico 87125
Telephone: (505) 842-1950
tschwarz@mstlaw.com
*Attorneys for Defendants*